# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0044. EVANS v. EVANS.**

Upon consideration of the mother's motion for an extension of time to file her application for discretionary appeal, it is ordered that the motion is hereby GRANTED. The mother shall file her application no later than May 15, 2023.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/14/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*